JOSHUA DOWLING, ESQ.
Nevada Bar No. 12956
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: jdowling@RichardHarrisLaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TERESA BURWELL,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE HORIZON, L.P., a Nevada limited partnership; MEADOW MESA APARTMENTS, L.P., a Nevada limited partnership; AMERICAN MANAGEMENT SERVICES WEST, LLC; STOUT MANAGEMENT COMPANY; JAVIER'S CLEANING SERVICES, LLC, a Nevada limited liability company; and DOES I through XXX, inclusive,<br><br>Defendants.<br><br>MEADOW MESA APARTMENTS, L.P., d/b/a RANCHO MESA APARTMENTS and AMERICAN MANAGEMENT SERVICES WEST, LLC<br><br>Cross-Claimants,<br><br>v.<br><br>JAVIER'S CLEANING SERVCES, LLC, a Nevada limited liability company; and ROES I through XXX, inclusive<br><br>Cross-Defendant(s). | CASE NO.: 2:18-cv-01825-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br>**TO FILE JOINT PRETRIAL ORDER**<br><br>**FIRST REQUEST** |

1

**STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE JOINT PRETRIAL ORDER
(First Request)**

COME NOW, THE PARTIES, by and through their respective counsel, and stipulate to extend the deadline to file the Joint Pre-Trial Order in this matter through April 11, 2019. Pursuant to LR IA 6-1 and LR 26-4, good cause exists for not filing the Stipulation for Extension 21 days prior to the deadline because the attorney handling the case on behalf of Plaintiff's firm left the firm shortly prior to the deadline. Accordingly, the draft Order was not received by Plaintiff's new attorney until April 4, 2019. A draft Order has been circulated to the appropriate individuals and the parties will be able to coordinate and finalize same by the

/ / /

/ / /

/ / /

stipulated deadline of April 11, 2019.

APPROVED AS TO FORM AND CONTENT:

_____/s/ Joshua Dowling_____
Signature of Attorney for Plaintiff

_____/s/ Marisa A. Pocci Carney_____
Signature of Attorney for Defendants Meadow Mesa and AMSW

_____/s/ Raymond McKay_____
Signature of Attorney for Defendant Javier's Cleaning

ORDER

The parties' stipulation to extend the deadline to file the joint pretrial order, Docket No. 14, is hereby GRANTED. The deadline is extended to April 11, 2019.

DATED: April 9, 2019_____.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

3