# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERESA BURWELL,

    Plaintiff(s),

v.

MEADOW MESA APARTMENTS, L.P., et al.,

    Defendant(s).

Case No.: 2:18-cv-01825-GMN-NJK

**ORDER**

(Docket No. 33)

Defendants Meadow Mesa Apartments, L.P. and American Management Services West, LLC move the Court to schedule a status hearing to address settlement issues. Docket. No. 33. The Court **GRANTS** that request and **SETS** the hearing for 10:00 a.m. on August 29, 2019.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
Nancy J. Koppe
United States Magistrate Judge