# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERESA BURWELL,

    Plaintiff(s),

v.

MEADOW MESA APARTMENTS, L.P, et al.,

    Defendant(s).

Case No.: 2:18-cv-01825-GMN-NJK

**Order**

Pending before the Court is an order for Plaintiff to show cause why its motion to approve settlement agreement, Docket No. 37, should not have been filed in Bankruptcy Court. Docket No. 40. Plaintiff has withdrawn its motion. Docket No. 43. Accordingly, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: September 23, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1