# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERESA RENITA BURWELL,

    Plaintiff,

v.

MEADOW MESA APARTMENTS, et al.,

    Defendants.

Case No.: 2:18-cv-01825-GMN-NJK

**Order**

[Docket No. 48]

Pending before the Court is a motion to withdraw as counsel for Plaintiff filed by attorney Joshua Dowling. Docket No. 48. Any response to the motion must be filed by October 15, 2019. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on October 22, 2019, in Courtroom 3C. Plaintiff, Mr. Dowling, and any newly retained counsel for Plaintiff must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Withdrawing counsel shall serve a copy of this order on Plaintiff and shall file a proof of service no later than October 7, 2019.

IT IS SO ORDERED.

Dated: October 3, 2019.

                                                _____
                                                NANCY J. KOPPE
                                                UNITED STATES MAGISTRATE JUDGE