# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA BURWELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>MEADOW MESA APARTMENTS, L.P., et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-01825-GMN-VCF<br><br>**ORDER** |

On September 18, 2019, the Court ordered the following:

> No later than September 27, 2019, the parties must file a supplement to their [joint motion for leave to file Plaintiff's motion to approve settlement agreement under seal] that explains with particularity whether the alleged confidential material in Plaintiff's motion can be easily redacted or which portion must be sealed. If the material can be easily redacted, Plaintiff must also file a proposed redacted version of the motion by the same date.

Docket No. 41 at 2.

On September 23, 2019, the parties filed a supplement to their motion. Docket No. 46. In the supplement, the parties submitted that Plaintiff's motion may be redacted instead of having the entire motion sealed. *Id.* at 3. The parties then assured the Court that Plaintiff's counsel would refile Plaintiff's motion with the agreed-upon redactions by September 27, 2019, as directed by the Court. *Id.* at 4.

1

Plaintiff failed to file a redacted version of her motion by the deadline to do so. The Court, however, will give Plaintiff a one-time courtesy extension. Plaintiff is hereby **ORDERED** to file a redacted version of her motion to later than October 9, 2019.

IT IS SO ORDERED.

Dated: October 4, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge