# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERESA BURWELL,

    Plaintiff(s),

v.

MEADOW MESA APARTMENTS, L.P., et al.,

    Defendant(s).

Case No.: 2:18-cv-01825-GMN-NJK

**Order**

(Docket No. 45)

Pending before the Court is Plaintiff's motion for extension of time to submit a stipulation for dismissal. Docket No. 45. Defendants failed to respond by the deadline to do so. *See* Docket. That failure "constitutes a consent to the granting of the motion." Local Rule 7-2(d). Plaintiff submits that it needs a 60-day extension to allow her to obtain the Bankruptcy Court's approval of the settlement in this case. Docket No. 45 at 3. The Court **GRANTS** the request. Accordingly, Plaintiff must submit the stipulation for dismissal no later than November 19, 2019.

IT IS SO ORDERED.

Dated: October 18, 2019

                                                   Nancy J. Koppe
                                                 United States Magistrate Judge