# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERESA BURWELL,

    Plaintiff(s),

v.

MEADOW MESA APARTMENTS, et al.,

    Defendant(s).

Case No.: 2:18-cv-01825-GMN-NJK

**ORDER**

(Docket No. 57)

Pending before the Court is the parties' stipulation to move the hearing on Plaintiff attorney's motion to withdraw as counsel. Docket No. 57; *see also* Docket No. 48 (motion to withdraw as counsel). The parties' stipulation also requests that the Court hear two other motions, Docket Nos. 54 and 55, during the same hearing. Docket No. 57 at 2.

The Court **GRANTS** in part the parties' stipulation to move hearing. The order issued concurrently herewith denies Docket No. 55 without prejudice and therefore that motion will not be heard. The Court hereby **SETS** a hearing on Docket Nos. 48 and 54 for 10:00 a.m. on November 21, 2019, in Courtroom 3C. All other requirements outlined in the Court's order at Docket No. 50 remain in effect.

IT IS SO ORDERED.

Dated: October 18, 2019

                                                                                _____

Nancy J. Koppe
United States Magistrate Judge